**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SAMUEL E. AUSTIN,**<br><br>  **Plaintiff,**<br><br>  vs.<br><br>**CITY OF OAKLAND,** *et al.*,<br><br>  **Defendants.** | **Case No.: 17-CV-03284 YGR**<br><br>**ORDER DIRECTING ISSUANCE OF SUMMONS AND SERVICE** |

On June 16, 2017, plaintiff's Application to Proceed *In Forma Pauperis* was granted by Magistrate Judge Laporte. (Dkt. No. 5). In that order, Judge Laporte indicated that the "[i]ssuance of summons and service will be determined separately." (*Id*.) The case was reassigned to this Court on June 19, 2017. (Dkt. No. 8.) On September 21, 2017, this Court directed plaintiff to provide a statement listing the names and addresses of the defendants to be served. (Dkt. No. 21.) Plaintiff did so on October 19, 2017. (Dkt. No. 24).

Having considered the Application to Proceed *In Forma Pauperis* and complaint, the Court hereby **DIRECTS** the U.S. Marshal for the Northern District of California to serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, plaintiff's response to this Court's order to provide service information, and this order upon the defendants listed in plaintiff's October 19, 2017, filing. (*See id*. at 1-2.)

**IT IS SO ORDERED.**

Date: _October 23_, 2017

           _____
           **YVONNE GONZALEZ ROGERS**
           **UNITED STATES DISTRICT COURT JUDGE**