BARBARA J. PARKER, City Attorney – SBN 069722
OTIS McGEE, Jr., Chief Assistant City Attorney – SBN 71885
COLIN BOWEN Supervising Attorney – SBN 152489
JASON ALLEN, Deputy City Attorney – SBN 284432
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-3839, Fax:  (510) 238-6500
Email: jallen@oaklandcityattorney.org
31449/2277046

Attorneys for Defendants
CITY OF OAKLAND DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMUEL E. AUSTIN,<br><br>   Plaintiff,<br><br> v.<br><br>CITY OF OAKLAND, PUBLIC WORKS, MANAGER DARIN MINOR, MARCO TORRES, EVERETT CLEVELAND, ROSLYN RATLIFF, JEMEA JEFFREY, HUMAN RESOURCE MANAGER YOLANDA LOPEZ, DEBBIE CORSO, EMPLOYEE and LABOR RELATION MANAGER KIP WALSH, and ADAMA WILSON, ADMINISTRATOR EQUAL OPPORTUNITY PROGRAM DIVISION BARBARA A. SYLVESTER, CITY ATTORNEY OFFICE BARBARA J. PARKER and SELIA M. WARREN, OAKLAND POLICE DEPARTMENT DEPUTY CHIEF, JOHN LOIS. LOCAL 1021 SERVICE EMPLOYEES INTERNATIONAL UNION, STEVE PITOCCHI, DWIGHT McELROY, and SHEILA STOGLIN, CITY MANAGER OFFICE, ASSIST MAYOR SABRINA LANDRETH, CITY OF OAKLAND, employer, employees, Organization, individual and in their official,<br><br>   Defendants. | Case No. 17-CV-03284-YGR<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:  January 16, 2018<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 1, 4th Floor<br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Action Filed:  June 7, 2017 |

Pursuant to Federal Rule of Evidence 201(b)(2), Defendants City of Oakland, Derin Minor, Marco Torres, Roslyn Ratliff, Jamea Jeffrey, Debbie Corso, Sabrina Landreth, John Lois, Yolanda Lopez, Barbara Parker, Selia Warren, Roslyn Ratliff, Sheila Stoglin, Barbara Sylvester, Kip Walsh, and Adama Wilson (together, the "City Defendants") respectfully request that the Court take judicial notice of the documents identified below in support of the City Defendants' Motion to Dismiss the First Amended Complaint Under Federal Rule of Civil Procedure 12(b)(6).

**Exhibit A:** 3-Year Restraining Order against Samuel Austin, *City of Oakland v. Austin*, Case No. RG16837711 (Ala. Super. Ct. Feb. 21, 2017).

**Exhibit B:** Order Adopting Findings and Recommendations of Magistrate Judge, *Adler v. McDonald*, No. 2:15-cv-00789-TLN-CKD (E.D. Cal. June 19, 2016).

Dated: December 8, 2017

BARBARA J PARKER, City Attorney
OTIS McGEE, Jr., Chief Assistant City Attorney
COLIN BOWEN Supervising Attorney
JASON ALLEN, Deputy City Attorney

By: ___/s/ Jason M. Allen_____
Attorneys for Defendants
CITY OF OAKLAND DEFENDANTS

# EXHIBIT A

| WV-130 | **Workplace Violence Restraining Order After Hearing** | *Clerk stamps date here when form is filed.* |
|---|---|---|

**1** **Petitioner (Employer)**

a. Name: City of Oakland

Lawyer for Petitioner *(if any, for this case):*
Name: Selia A. Warren    State Bar No.: 233877
Firm Name: Office of the City Attorney City of Oakland

b. Your Address *(If you have a lawyer, give your lawyer's information):*
Address: 1 Frank H. Ogawa Plaza
City: Oakland    State: CA    Zip: 94612
Telephone: 510-238-6524    Fax:
E-Mail Address: swarren@oaklandcityattorney.org

*Fill in court name and street address:*

Superior Court of California, County of
Alameda
Hayward Hall of Justice
24405 Amador Street
Hayward, CA 94544

*Court fills in case number when form is filed.*

**Case Number:**
RG16837711

**2** **Employee (Protected Person)**
Full Name: Roslyn Ratliff

**3** **Respondent (Restrained Person)**
Full Name: Samuel E Austin
Description:

Sex: ☑ M  ☐ F   Height: 6'5"   Weight: 190   Date of Birth: 03/30/1965
Hair Color: Black   Eye Color: Brown   Age: 50   Race: African American
Home Address *(if known)*: 2227 62nd Ave. #C
City: Oakland   State: CA   Zip: 94605
Relationship to Employee: Former Co-Worker

**4** ☑ **Additional Protected Persons**

In addition to the employee, the following family or household members or other students are protected by the temporary orders indicated below:

| Full Name | Sex | Age | Household Member? | Relation to Employee |
|---|---|---|---|---|
| Derin Minor | M | 45 | ☐ Yes ☑ No | Supervisor |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |

☐ Additional protected persons are listed at the end of this Order on Attachment 4.

**5** **Expiration Date**

*This Order, except for any award of lawyer's fees, expires at:*

Date: 02/21/2020   Time: 11:59   ☐ a.m. ☑ p.m.

If no expiration date is written here, this Order expires three years from the date of issuance.

**This is a Court Order.**

Judicial Council of California, *www.courts.ca.gov*
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, §§ 527.8 and 527.9
Approved by DOJ

**Workplace Violence Restraining Order After Hearing (CLETS-WHO)**
**(Workplace Violence Prevention)**

**WV-130,** Page 1 of 6 →

| Case Number: |
|---|
| RG16837711 |

**⑥ Hearing**

a. There was a hearing on *(date):* 02/21/2017 at *(time):* 13:30 in Dept.: 511 Room: _____
*(Name of judicial officer):* Kimberly E. Colwell made the orders at the hearing.

b. These people were at the hearing:
(1) ✔ The petitioner/employer representative *(name):* Selia Warren
(2) ✔ The lawyer for the petitioner/employer *(name):* Selia Warren
(3) ✔ The employee     (4) ✔ The lawyer for the employee *(name):* Selia Warren
(5) ✔ The respondent   (6) ☐ The lawyer for the respondent *(name):* _____
✔ Additional persons present are listed at the end of this Order on Attachment 5.

c. ☐ The hearing is continued. The parties must return to court on *(date):* _____ at *(time):* _____.

**To the Respondent:**

**The court has granted the orders checked below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.**

**⑦ Personal Conduct Orders**

a. You are ordered **not** do the following things to the employee
  ✔ and to the other protected persons listed in ④:
  (1) ✔ Harass, molest, strike, assault (sexually or otherwise), batter, abuse, destroy personal property of, or disturb the peace of the person.
  (2) ✔ Commit acts of violence or make threats of violence against the person.
  (3) ✔ Follow or stalk the person during work hours or while going to or from the place of work.
  (4) ✔ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.
  (5) ✔ Enter the person's workplace.
  (6) ✔ Take any action to obtain the person's address or locations. If this item is not checked, the court has found good cause not to make this order.
  (7) ☐ Other *(specify):*
    ☐ Other personal conduct orders are attached at the end of this Order on Attachment 7a(7).

b. Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.

**This is a Court Order.**

| | |
|---|---|
| Case Number: | RG16837711 |

**⑧ Stay-Away Order**

a. You **must** stay at least  100  yards away from *(check all that apply):*

- (1) ☑ The employee
- (2) ☑ Each other protected person listed in ④
- (3) ☑ The employee's workplace
- (4) ☑ The employee's home
- (5) ☐ The employee's school
- (6) ☐ The employee's children's school
- (7) ☐ The employee's children's place of child care
- (8) ☑ The employee's vehicle
- (9) ☑ Other *(specify):* Person in 3 shall stay 15 yards away from: 1366 Tersk Court, Patterson, CA 95363.

b. This stay-away order does not prevent you from going to or from your home or place of employment.

**⑨ No Guns or Other Firearms and Ammunition**

a. **You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.**

b. If you have not already done so, you must:
  (1) Sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms in your immediate possession or control. This must be done within 24 hours of being served with this Order.
  (2) File a receipt with the court within 48 hours of receiving this Order that proves that your guns have been turned in, sold, or stored. *(You may use Form WV-800,* Proof of Firearms Turned In, Sold, or Stored *for the receipt.)*

c. ☐ The court has received information that you own or possess a firearm.

**⑩ ☐ Costs**

You must pay the following amounts for costs to the petitioner:

| Item | Amount | Item | Amount |
|---|---|---|---|
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |

☐ Additional amounts are attached at the end of this Order on Attachment 10.

**⑪ ☑ Other Orders** *(specify):*
The 100 yard stay away order of 8a(2) is reduced to 15 yards away from person in 4 (Derin Minor) when Person in 3 is on the block of 1366 Tersk Court, Patterson, CA 95363.

☐ Additional orders are attached at the end of this Order on Attachment 11.

**This is a Court Order.**

| Case Number: |
|---|
| RG16837711 |

### To the Person in ①:

**12  Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

a. ☑ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☐ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

c. ☐ By the close of business on the date that this Order is made, the petitioner or the petitioner's lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

<u>Name of Law Enforcement Agency</u>        <u>Address  *(City, State, Zip)*</u>

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 12.

**13  Service of Order on Respondent**

a. ☑ The respondent personally attended the hearing. No other proof of service is needed.

b. ☐ The respondent did not attend the hearing.

  (1) ☐ Proof of service of Form WV-110, *Temporary Restraining Order,* was presented to the court. The judge's orders in this form are the same as in Form WV-110 except for the expiration date. The respondent must be served with this Order. Service may be by mail.

  (2) ☐ The judge's orders in this form are different from the temporary restraining orders in Form WV-110. Someone—but not the petitioner or anyone protected by this order—must personally serve a copy of this Order on the respondent.

**14  No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this Order without charge because the Order is based on unlawful violence, a credible threat of violence, or stalking.

**15**  Number of pages attached to this Order, if any:  1

Date: 02/21/2017

  Facsimile

▶ *Judicial Officer*

### This is a Court Order.

| Case Number: |
|---|
| RG16837711 |

## Warning and Notice to the Respondent:

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms that you have or control as stated in item ⑨. The court will require you to prove that you did so.

### Instructions for Law Enforcement

#### Enforcing the Restraining Order
This Order is enforceable by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Restraining and Protective Order System (CARPOS). Agencies are encouraged to enter violation messages into CARPOS. If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency must advise the restrained person of the terms of the Order and then must enforce it. Violations of this Order are subject to criminal penalties.

#### Start Date and End Date of Orders
This Order *starts* on the date next to the judge's signature on page 4 and *ends* on the expiration date in item ⑤ on page 1.

#### If the Protected Person Contacts the Restrained Person
Even if the protected person invites or consents to contact with the restrained person, this Order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, § 13710(b).)

#### Conflicting Orders—Priorities for Enforcement
**If more than one restraining order has been issued, the orders must be enforced according to the following priorities:** (See Pen. Code, § 136.2, Fam. Code, §§ 6383(h)(2), 6405(b).)
   1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001) and is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
   2. *No Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence over any other restraining or protective order.
   3. *Criminal Order:* If none of the orders includes a no contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
   4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

### This is a Court Order.



| Case Number: |
|---|
|   |

*Clerk's Certificate*
*[seal]*

*(Clerk will fill out this part.)*
**—Clerk's Certificate—**

I certify that this *Workplace Violence Restraining Order After Hearing* is a true and correct copy of the original on file in the court.

Date: _____ Clerk, by _____, Deputy

**This is a Court Order.**

**MC-025**

| SHORT TITLE: Roslyn Ratliff | CASE NUMBER: RG16837711 |
|---|---|

**ATTACHMENT** *(Number):* 5    Page 1 of 1
*(This Attachment may be used with any Judicial Council form.)*    *(Add pages as required)*

2. Additional persons present:

3. Derin Minor
4. Karen Walsh

27. *(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [New July 1, 2002]

**ATTACHMENT**
**to Judicial Council Form**

Cal. Rules of Court, rule 982
2002 © American LegalNet, Inc.

# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER, | No. 2:15-cv-00789 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. D. McDONALD, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 4, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

    The Court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 4, 2016, are adopted in full;

2. Defendant's motion for summary judgment (ECF No. 16) is granted.

Dated: June 19, 2016

                                                Troy L. Nunley
                                                United States District Judge