BARBARA J. PARKER, City Attorney – SBN 069722
OTIS McGEE, Jr., Chief Assistant City Attorney – SBN 71885
COLIN T. BOWEN Supervising Attorney – SBN 152489
JASON M. ALLEN, Deputy City Attorney – SBN 284432
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3839, Fax: (510) 238-6500
Email: jallen@oaklandcityattorney.org
31449/2446480

Attorneys for Defendant
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SAMUEL E. AUSTIN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, *et al.*<br><br>Defendants. | Case No. 17-CV-03284-YGR<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME TO FILE A THIRD AMENDED COMPLAINT**<br>*As Modified by the Court*<br>Date: N/A<br>Time: N/A<br>Dept.: Courtroom 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Action Filed: June 7, 2017 |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, Plaintiff Samuel Austin and the City of Oakland (the "City") hereby stipulate and jointly request the Court to extend Plaintiff's time to file a Fourth Amended Complaint by approximately two weeks, to Monday, July 16, 2018.

## PROCEDURAL HISTORY

On June 7, 2017, Plaintiff Samuel Austin initiated *Austin I*. [Dkt 1.] That same day, Magistrate Judge Laporte issued an order settling an initial case management conference and ADR deadlines. [Dkt. 2.] Plaintiff also filed a petition to proceed *in forma pauperis*, which the Court granted on June 13, 2017. [Dkt. 5.] On June 16, Magistrate Judge Laporte issued a report and recommendations to dismiss Plaintiff's complaint. [Dkt. 6.]

On June 19, *Austin I* was reassigned to Judge Gonzalez Rogers, and the Court Clerk issued notice setting a case management conference for September 18, 2017. [Dkt. 8, 9.] On July 13, 2017, the Court adopted Magistrate Judge Laporte's report and recommendations and dismissed Plaintiff's complaint, with leave to amend. [Dkt. 10.]

On August 1, 2017, Austin filed his First Amended Complaint ("FAC"). [Dkt 11.] On August 7, the Court dismissed Plaintiff's FAC with prejudice and ordered the Clerk to close the file. [Dkt. 12.] On August 16, 2017, Plaintiff filed a motion for reconsideration of the dismissal, [Dkt. 13], which the Court granted on August 21, [Dkt. 14.] On August 22, 2017, Plaintiff filed a notice of appeal of the Court's order of dismissal. [Dkt. 16.] On August 23, the Court Clerk issued notice setting the case management conference after the case reopened for October 17, 2017. [Dkt. 17.] On August 31, the Clerk vacated the October 17 case management conference, due to the notice of appeal. [Dkt. 19.]

On September 15, 2017, the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction, citing this Court's order granting Austin's motion for reconsideration. [Dkt 20]. On September 21, the Court ordered Plaintiff to provide the Court with service information for all Defendants and set a case management conference for December 11, 2017. [Dkt. 21.] Plaintiff filed a response to the Court's request for service information on October 19, [Dkt. 24], and, on October 23, the Court issued an order directing the U.S. Marshal for the Northern District of California to serve all Defendants, based on the information provided by Plaintiff. [Dkt. 24.]

On November 9, 2017, the parties filed a stipulated request to extend until December 8, the City's time to respond to Plaintiff's FAC. [Dkt. 28.] The parties sought that request so that the City of Oakland could determine which of the 17 individual defendants named in the FAC would be represented by the Office of the City Attorney for the City of Oakland. [*See id.*] On November 13, the Court granted the parties' request and continued the Case Management Conference scheduled for December 11, 2017, to January 22, 2018. [Dkt. 29].

On December 8, 2017, the City Defendants moved to dismiss the FAC under Federal Rule of Civil Procedure 12(b)(6). [Dkt. 31.] The hearing on that motion to dismiss was initially set for January 16, 2018. Plaintiff's opposition to the motion was initially due on December 22, 2017.

On December 18, Plaintiff asked the City Defendants to stipulate to extend his time to oppose the motion to dismiss by 14 days, to January 5, 2018. Accordingly, the City Defendants prepared and filed a stipulated request to modify the briefing schedule and reset the hearing on their motion to dismiss to January 30, 2018. [Dkt 36.] Because the requested change to the hearing date placed the hearing after the Case Management Conference set for January 22, 2018, the stipulation also requested for that CMC to be vacated and continued until sometime after the pleadings are settled. [*Id.*] On December 20, 2017, the Court granted the parties' request as modified—vacating instead of rescheduling the hearing on the motion to dismiss. [Dkt. 37, at 7.]

On January 18, 2018, the Court granted the motion to dismiss, dismissing, *inter alia*, "**with prejudice** all claims asserted in the FAC against the Individual Defendants," and granting Plaintiff leave to amend certain of his claims against the City only. [Dkt. 42, at 4, 9-10.] The Court ordered Austin to file his Second Amended Complaint ("SAC") by February 26, 2018. [*Id.* at 10.]

On February 13, 2018, Austin filed a motion seeking to extend his time to file an SAC to March 14, 2018. [Dkt. 44.] The City did not oppose Austin's request, [Dkt 45], which the Court granted on February 16. [Dkt. 46.]

On February 28, 2018, Austin filed a second action, *Austin v. City of Oakland et al.*, 18-cv-01329 ("*Austin II*"). The Complaint in *Austin II* asserted the same factual allegations and legal

theories against the same parties as did Austin's complaints in *Austin I*. The complaint in *Austin II* may allege an additional cause of action for racial discrimination. [*See Austin II*, Dkt. 1.]

On March, 13, 2018, the City filed an administrative motion to relate the *Austin I* and *Austin II* cases. [Dkt. 49.] On March 16, 2018, this Court ordered that the *Austin I* and *Austin II* cases are related, as the two cases allege nearly identical parties, and arise out of substantially similar factual and legal claims. Accordingly, *Austin II* was reassigned to this Court.

On March 14, 201:~~7~~, Austin filed his Second Amended Complaint ("SAC") in *Austin I*. [Dkt. 50.] Austin's SAC alleges the same claims of gender and disability discrimination, sexual harassment, and retaliation under Title VII and the ADA as did the previous complaints in *Austin I* and his complaint in *Austin II*. Austin may have indicated an intention to plead a claim for racial discrimination, though it is not clear that he has done so. [*See id.*]

On March 21, 2018, the City filed a motion to consolidate *Austin I* and *Austin II* under Federal Rule of Civil Procedure 42(a), [Dkt. 52], which the Court granted on March 27. [Dkt. 56]

On April 9, 2018, the City Defendants moved to dismiss Austin's current complaints. [Dkt. 57.] On April 10, 2018, Defendants Service Employees International Union, Local 1021 (the "Union"), and Steve Pitocchi (together, "Union Defendants") moved to dismiss Austin's claims against them. [Dkt. 62-64.]

On May 30, 2018, the Court granted the City Defendants' and the Union Defendants' motions to dismiss. [Dkt. 80.] In that order, the Court dismissed with prejudice all of Austin's claims against individual defendants, and "all of Austin's claims other than those of racial discrimination against the City and the Union," which the Court dismissed without prejudice. [*Id.* at 2, 17-19.] Accordingly, the Court gave Austin leave to file a Third Amended Complaint, alleging claims of racial discrimination against the City and the Union, by June 30, 2018. [*Id.* at 19.]

On Wednesday, June 20, 2018, Austin contacted counsel for the City by telephone and requested a two-week extension of his time to file a Third Amended Complaint. The City agreed to stipulate to Austin's requested extension. Following the discussion with Austin, counsel for the City contacted counsel for the Union to discuss Mr. Austin's request. On June 21, 2018, counsel for the Union confirmed that the Union would stipulate to Austin's requested extension.

The requested extension will allow Plaintiff Austin, proceeding *in propria persona*, additional time to prepare his Third Amended Complaint. Neither the City nor the Union opposes Plaintiff Austin's request for additional time.

**STIPULATION**

Based on the foregoing, the parties hereby stipulate, subject to the Court's approval, to extend Plaintiff Austin's time to file a Third Amended Complaint by approximately two weeks, to Monday, July 16, 2018.

**IT IS SO SIPULATED.**

Dated: June 21, 2018

PLAINTIFF SAMUEL E. AUSTIN

By: _/s/ Samuel E. Austin_____
Samuel E. Austin
PLAINTIFF IN PRO PER

Dated: June 21, 2018

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _/s/ Anthony J. Tucci_____
ANTHONY J. TUCCI
Attorneys for Defendant
SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 1021

Dated: June 20, 2018

BARBARA J PARKER, City Attorney
OTIS McGEE, Jr., Chief Assistant City Attorney
COLIN BOWEN Supervising Attorney
JASON ALLEN, Deputy City Attorney

By: _/s/ Jason M. Allen_____
Attorneys for Defendant
CITY OF OAKLAND

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Jason M. Allen, attest that I obtained concurrence in the filing of this stipulation from the signatories, Plaintiff Samuel E. Austin and Anthony J. Tucci, counsel for Defendant Service Employees International Union, Local 1021.

Dated: June 21, 2018

                        BARBARA J PARKER, City Attorney
                        OTIS McGEE, Jr., Chief Assistant City Attorney
                        COLIN BOWEN Supervising Attorney
                        JASON ALLEN, Deputy City Attorney

                By: */s/ Jason M. Allen*
                    Attorneys for Defendant
                    CITY OF OAKLAND

**[PROPOSED] ORDER**

Based on the parties' stipulation and good cause appearing, the Court grants the parties' stipulated request to extend Plaintiff Austin's time to file a Third Amended Complaint by approximately two weeks, to Monday, July 16, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 22, 2018

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

**PROOF OF SERVICE**
**Samuel Austin v. City of Oakland, et al**
**United States District Court Case No. 17-cv-03284-YGR**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On the date set forth below, I served the within documents:

**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME TO FILE A THIRD AMENDED COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ by causing the document(s) listed above to be placed into a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

☐ by causing personal delivery by (name) of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope and causing such envelope to be sent by Federal Express/ Express Mail.

| Samuel E. Austin<br>1370 Tersk Court<br>Patterson, CA 95363<br>510-626-7750<br><br>***Plaintiff in Pro Per*** | |

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 21, 2018, at Oakland, California.

*/s/ Jason M. Allen*
           Jason M. Allen